AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

MICHELLE MELLEMA,

      Plaintiff,

V.

DAVID SARNOWSKI, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00364-RCJ-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.


  11/3/2009                                              **LANCE S. WILSON**
                                                                            Clerk


                                                                                /s/ P. McDonald
                                                                                 Deputy Clerk